```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                           AT DANVILLE, VA
                                                                FILED
                                                    for Roanoke
                                                         MAY 22 2007
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA    JOHN F. CORCORAN, CLERK
ROANOKE DIVISION                         BY: /s/ Deputy Clerk

| | |
|---|---|
| WILLIAM MICHAEL YORK, ) | |
|     Plaintiff, ) | Civil Action No. 7:07-cv-00250 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| FREDERICK MOSES, <u>et al.</u>, ) | By: Hon. Jackson L. Kiser |
|     Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. All other pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants, if known.

**ENTER**: This 22nd day of May, 2007.

                                                   /s/ Jackson L. Kiser
                                                 Senior United States District Judge